IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TEXAS
BEAUMONT DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | § § | |
| v. | § § | Crim. No. 1:22-CR-121 |
| ADAM DALE ISAACKS | § | |

## MOTION FOR DETENTION HEARING

COMES NOW the United States and asks this Honorable Court to set the instant case for detention hearing under Title 18, United States Code, section 3141, et. seq., and would show the Court the following:

1. The pending case involves:

   [ ]   (A)   A crime of violence.

   [X]   (B)   An offense for which the maximum sentence is life imprisonment or death.

   [ ]   (C)   An offense for which a maximum term of imprisonment of ten years or more is prescribed in the Controlled Substances Act, the Controlled Substances Import and Export Act or Title 21, United States Code, section 955(a).

   [ ]   (D)   A felony committed after the Defendant had been convicted of two or more prior offenses described in Title 18, United States Code, section 3142(f)(1)(A)(C) or comparable state or local offenses.

   [X]   (E)   A serious risk that the Defendant will flee.

   [ ]   (F)   A serious risk that the person will obstruct or attempt to obstruct justice, or attempt to threaten, injure or intimidate a prospective witness or juror.

[ ] (G) The person was on release pending trial for a felony under State, Federal or Local law; or was on probation or parole for an offense under State, Federal or Local law.

[X] (H) A felony that involves a minor victim.

[ ] (I) A felony that involves the possession or use of a firearm or destructive device or any dangerous weapon.

[ ] (J) A felony that involves the failure to register under Title United States Code, Section 2250.

2. No condition or combination of conditions will:

[X] (A) Reasonably assure the appearance of the person as required.

[X] (B) Reasonably assure the safety of the community or any other person.

The Government requests that the Defendant be held without bond.

Respectfully submitted,

BRIT FEATHERSTON
UNITED STATES ATTORNEY

*/s/ Rachel Grove*
Rachel Grove
Assistant U. S. Attorney
Eastern District of Texas
Texas Bar No. 24058440
550 Fannin, Suite 1250
Beaumont, Texas 77701
(409) 981-7961
Rachel.grove @usdoj.gov